E-filing



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WINSTON KEMPER,

    Plaintiff,

v.

SUPERIOR COURT OF
ALAMEDA COUNTY

    Defendant.

CV 08    2870    JSW

HABEAS CORPUS

(PR)

    I filed a timely lawsuit in this court (Judge Jeffery White), Case Number CV-04-1667. This court stated I could not sue an individual nor could I sue Folsom Prison for negligence.

    This court stated no law in denying me the privilege of suing these entities. This case simply put amount to <u>discrimination</u>. Superior Court, State Board of Control, and Board of Supervisors refused to reply or acknowledge my attempts to litigate this claim in their county.

    These adverse actions violated my rights under <u>Lewis v. Casey</u>, 518 U.S. at 360. "I was denied minimum help necessary to litigate these issues." There may also be a conflict of interest in this case. The same judge who denied this claim with prejudice is the same one who allowed a flawed second charge against me (this conviction), although the Prosecutor used a unverifiable, whimsical

1  basis for this late charge.  Defense Attorney gave rational
2  objection.  Judge still refused to closely examine Prosecutor's
3  explanation for late filing.  (<u>Mickens v. Taylor</u>, 535 U.S. 162.)
4      Since the second charge did not sustain "special allegation"
5  of another person present (which I was convicted of) defense
6  attorney was ineffective under sixth amendment; (1) Defense
7  Attorney actively representing conflict of interest, (2) The
8  conflict had an adverse effect on specific instances of counselor
9  performance.  (<u>U.S. v. Swartz</u>, 283 F.3d 76, 94).
10     Lower Court denials and opinions enclosed. 3 Exhibits.
11 Dated: 5-21-08  (Full Evidentiary Hearing Re-
                                                quested).
12                              Respectfully submitted,

       *Winston Kemper*
14     WINSTON KEMPER
       Plaintiff, In Pro Se

-2-

CE-008

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
IN AND FOR THE COUNTY OF ALAMEDA

WINSTON KEMPER,

    Plaintiff,

vs.

EMERYVILLE POLICE
DEPARTMENT, et al.,

    Defendants.
_____/

No. RG06275221

ENDORSED
FILED
ALAMEDA COUNTY

SEP 4 - 2007

CLERK OF THE SUPERIOR COURT
By   BARBARA DELL
               Deputy

## ORDER OF DISMISSAL

Mr. Kemper has been given a number of chances to file a complaint that properly states a cause of action against one or more defendants, but he has not been able to do.

From these futile attempts to plead a valid cause of action, and from what I have learned in my phone conversations with Mr. Kemper, I conclude that there is no chance of his being able to state a valid cause of action against anyone. For one thing, he has conceded that he has not filed a public entity claim against any of the public-entity defendants, which means that cannot succeed in a lawsuit against them.

On the court's own motion, this action is DISMISSED WITH PREJUDICE.

Dated: August 31, 2007

                              Stephen Dombrink
                              Judge of the Superior Court

IN THE SUPERIOR COURT IN AND FOR THE STATE OF CALIFORNIA

WINSTON KEMPER
PLAINTIFF
V.
FOLSOM STATE PRISON
AND DAVID HARRIS
PRIVATE CITIZEN

DATE ON BACK.

CIVIL LAW SUIT

① FOLSOM STATE PRISON HAS VIOLATED THE LAW, INCLUDING EVIDENCE CODE 669 (NEGLIGENCE) AND THEREFORE INSTRUMENTAL IN MY PRESENT FALSE IMPRISONMENT CONDITION A 4,000 DOLLAR CHECK WAS SENT THERE FOR ME 7-14-03 AND CLEARED 7-24-03, I PAROLED FROM THERE 7-26-03 MINUS THIS CHECK.

② DAVID HARRIS VIOLATED THE LAW 8-6-03 BY ATTACKING ME WITH A BASE BALL BAT CAUSING GREAT BODILY HARM. THESE CLAIMS COULD NOT BE RAISED IN FEDERAL COURT AND WAS REJECTED 11-8-04. THE STATE BOARD OF CONTROL DID NOT RESPOND TO MY CLAIM IN VIOLATION OF 911.6 GOV. P.4: CODE,(a)(1) SENT 8-5-04       Winston Kemper
                                                    SAT- 12-4-04
(Declaration Service By Mail, attached)
(I never received notice this Petition Filed)



DIANA HERBERT
CLERK/ADMINISTRATOR

STATE OF CALIFORNIA
# Court of Appeal
OFFICE OF THE CLERK
FIRST APPELLATE DISTRICT
350 McALLISTER STREET
SAN FRANCISCO, CA 94102-4712

TELEPHONE
(415) 865-7200
FAX
(415) 865-7209
E-MAIL
first.district@jud.ca.gov

February 16, 2005

Winston Kemper
B-64476
San Quentin State Prison
San Quentin, CA 94974

Dear Mr. Kemper,

This office has received your letter dated January 28, 2005 regarding a case you have filed in superior court. It is unclear which county you filed your lawsuit in, but it is necessary to contact that court to determine the status of your case. An appeal to the First District Court of Appeal would be filed after a superior court has made a decision.

Very truly yours,
DIANA HERBERT, Clerk/Administrator

by: *[signature]*
Assistant Clerk/Administrator

Winston Kemper B-64476
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, Calif 93210

1-14-05

Susan/Clerk,

Do you have a copy of letter you sent me February 16, 2005. The Superior court I sent the first law suit too is Oakland, Ca Alameda county 12-4-04, (I have proof). I think it was January /05 I sent your office a copy of suit, on February 7, 2005 I sent your office and Alameda county a copy of law suit on different forms. Your letter state the Superior court should be contacted to determine status of case, I think after 3 months its clear after 3 Superior court has no intention of replying, If this is true please assist me in getting this filed in your court.

Thank you
Winston Kemper



IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION TWO

| | |
|---|---|
| WINSTON KEMPER<br><br>v.<br><br>THE SUPERIOR COURT OF ALAMEDA COUNTY. | A120867 |

Court of Appeal, First Apellate District
**FILED**
MAR 1 7 2008
Diana Herbert, Clerk
by _____ Deputy Clerk

BY THE COURT:

The petition for writ of error coram nobis is denied.

Dated: __MAR 1 7 2008__     __Kline, P.J.__ P.J.

1

SUPREME COURT
**FILED**

MAR - 7 2008

No. S161465

Frederick K. Ohlrich Clerk

_____
Deputy

# IN THE SUPREME COURT OF CALIFORNIA

---

THE PEOPLE, Plaintiff and Respondent,

v.

WINSTON KEMPER, Defendant and Appellant.

---

The above entitled matter is transferred to the Court of Appeal, First Appellate District, for consideration in light of *Hagan v. Superior Court* (1962) 57 Cal.2d 767. [handwritten: 22 CR 206, 371 P.2d 982] In the event the Court of Appeal determines that this petition is substantially identical to a prior petition, the repetitious petition must be denied.

**GEORGE**
*Chief Justice*

STATE OF CALIFORNIA )
COUNTY OF FRESNO )
_____ )

### (C.C.P. SEC. 446 & 201.5;  28 U.S.C. SEC. 1746)

I, **Winston Kemper** declare under the penalty of perjury that: I am the _____ in the above entitle action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe them to be true.

EXECUTED THIS **21** DAY OF **MAY**, 20**08** AT PLEASANT VALLEY STATE PRISON, COALINGA, CALIFORNIA 93210

(SIGNATURE) **Winston Kemper**
(DECLARANT/PRISONER)

---

### PROOF OF SERVICE BY MAIL
### (C.C.P. SEC 1013 (a) & 2015.5;  28 U.S.C. SEC. 1746)

I, **Winston Kemper**, am a resident of PLEASANT VALLEY STATE PRISON, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA. I am over the age of eighteen (18) years of age and I am a party of the above-entitled action. My address is: P.O. BOX 8500, COALINGA, CALIFORNIA 93210.

ON **MAY 21**, 20**08**, I SERVED THE FOREGOING:

**HABEAS CORPUS**

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, IN A SEALED ENVELOPE, WITH FIRST CLASS POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN THE DEPOSIT BOX SO PROVIDED AT PLEASANT VALLEY STATE PRISON, COALINGA, CALIFORNIA 93210.

I SERVED THE FOLLOWING PERSON (S) ADDRESSED BELOW:

**U.S. District Court**
**450 Golden Gate Ave**
**San Francisco, Ca. 94102**

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: **MAY 21**, 20**08**,     **Winston Kemper**
(DECLARANT/PRISONER)

```
REPORT ID: TS3030   .701                                              REPORT DATE: 06/04/08
                                                                      PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PLEASANT VALLEY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: DEC. 04, 2007 THRU JUN. 04, 2008

ACCOUNT NUMBER : B64476                          BED/CELL NUMBER: BFB5T100000129L
ACCOUNT NAME   : KEMPER, WINSTON H               ACCOUNT TYPE:   I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

 TRAN
DATE  CODE  DESCRIPTION       COMMENT          CHECK NUM  DEPOSITS   WITHDRAWALS    BALANCE
----  ----  -----------       -------          ---------  --------   -----------    -------
12/04/2007  BEGINNING BALANCE                                                        980.35
12/18 W502  POSTAGE CHARG     2536POSTAG                                    0.97     979.38
12/19 FC02  DRAW-FAC 2        2548 FAC B                                   40.00     939.38
12/20 W516  LEGAL COPY CH     2566COPIES                                    1.15     938.23
ACTIVITY FOR 2008
01/02*DD30  CASH DEPOSIT      2670 MR                        45.00                   983.23
02/03 W516  LEGAL COPY CH     2694COPIES                                    0.30     982.93
02/16 FC02  DRAW-FAC 2        2953 FACB                                    20.00     962.93
02/20 FR01  CANTEEN RETUR     703174                                       20.00-    982.93
02/20 FC02  DRAW-FAC 2        3480 FAC B                                   40.00     942.93
02/26 W502  POSTAGE CHARG     3564POSTAG                                    1.14     941.79
03/03 FR01  CANTEEN RETUR     703625                                       40.00-    981.79
03/13 W516  LEGAL COPY CH     703866                                        0.20     981.59
03/19 FC02  DRAW-FAC 2        3953 FAC B                                   50.00     931.59
03/21*W516  LEGAL COPY CH     4007COPIES                                    0.20     931.39
05/15*W502  POSTAGE CHARG     4422POSTAG                                    1.55     929.84
05/16 FC02  DRAW-FAC 2        4434 FAC B                                   28.00     901.84
05/24 W516  LEGAL COPY CH     4544COPIES                                    1.20     900.64
05/13 W516  LEGAL COPY CH     4891COPIES                                    0.80     899.84
05/14 FC02  DRAW-FAC 2        4915 B-FAC                                   30.00     869.84

                              * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/02/04           CASE NUMBER:    146380
COUNTY CODE: ALA                   FINE AMOUNT: $ 5,000.00
 DATE       TRANS.  DESCRIPTION                        TRANS. AMT.         BALANCE
 ----       ------  -----------                        -----------         -------
04/04/2007          BEGINNING BALANCE                                     4,679.08
04/02/08    DR30    REST DED-CASH DEPOSIT                    50.00-       4,629.08
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] 6/4/08
TRUST OFFICE

```
REPORT ID: TS3030  .701                                              REPORT DATE: 06/04/08
                                                                     PAGE NO:           2
                              PLEASANT VALLEY STATE PRISON
                              INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: DEC. 04, 2007 THRU JUN. 04, 2008

ACCT:  B64476         ACCT NAME: KEMPER, WINSTON H              ACCT TYPE: I

                              TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL           TOTAL           CURRENT         HOLDS           TRANSACTIONS
BALANCE         DEPOSITS        WITHDRAWALS     BALANCE         BALANCE         TO BE POSTED
---------       --------        -----------     -------         -------         ------------
  980.35          45.00            155.51        869.84            0.00             0.00

                                                                CURRENT
                                                                AVAILABLE
                                                                BALANCE
                                                                ---------
                                                                  869.84
```

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6/4/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
      TRUST OFFICE

Enclosure

SAN FRANCISCO DISTRICT
PROCESSING & DISTRIBUTION CENTER


UNITED STATES
POSTAL SERVICE

Dear Postal Customer,

The enclosed mail became damaged or loose during handling within the Postal Service. We regret this mishap and the inconvenience it may have caused you.

Every effort is made to prevent damage to the mail. Because of the great volume handled daily, occasional damage does occur. Please be assured that we are continually checking the mail processing methods, with the view of completely eliminating this occasional damage.

If you have any questions, please contact the NIXIE UNIT at (415) 550-5144. The hours of operation are from 7:00 AM to 10:00 PM, Monday through Friday. All inquiries regarding checks and/or Money Orders, please call between 4:00 PM to 10:00 PM, Monday through Friday at the above number.

Sincerely,

James Larkin
Senior Plant Manager, SFP&DC
San Francisco, CA 94188

SF P.I.DC, NIXIE SECTION
P.O. BOX 881388
SAN FRANCISCO, CA 94188-1389