**FILED**

JAN 2 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON KEMPER,<br><br>    Petitioner,<br><br>vs.<br><br>SUPERIOR COURT OF ALAMEDA COUNTY,<br><br>    Respondent. | No. C 08-2870 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>(Docket No. 3) |

Good cause appearing, his request for an extension of time is GRANTED (docket no. 3). Petitioner shall file his amended petition on or before thirty days from the date of this order.

IT IS SO ORDERED.

DATED: JAN 2 6 2009

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WINSTON KEMPER,

       Plaintiff,

v.

SUPERIOR COURT OF ALAMEDA COUNTY et al,

       Defendant.

Case Number: CV08-02870 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Winston Kemper
Pleasant Valley State Prison
B64476
P.O. Box 8500
Coalinga, CA 93210

Dated: January 26, 2009

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk